HEATHER E. WILLIAMS, #122664
Federal Defender
ROBIN H. CHANG, #355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Robin_Chang@fd.org

Attorneys for Defendant
ROBERT MORENO

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT MORENO,<br>Defendant. | Case No.: 2:24-cr-00210-DJC<br><br>**ORDER TERMINATING SUPERVISED RELEASE**<br><br>Judge: Hon. DANIEL J. CALABRETTA |

On November 2, 2026, the parties filed a stipulated request for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Court has carefully considered the subset of 18 U.S.C. § 3553(a) factors listed in 18 U.S.C. § 3583(e) and, in light of the facts set forth in the stipulation and the endorsement of the probation officer, the Court GRANTS the request. The term of supervised release is terminated immediately.

IT IS SO ORDERED.

Dated: November 2, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE